# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re  CHARLES SCOTT RUDIBAUGH                Case No. RS-10-48632-MJ

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Chase Bank USA, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 29262
    New York, NY 10087-9262

Court Claim # (if known):  12
Amount of Claim:  $2,141.18
Date Claim Filed:  01/07/2011

Phone: 610-644-7800                               Phone: 800-349-1467
Last Four Digits of Acct #:  4309                 Last Four Digits of Acct #:  4309
Last Four of Alternate Acct #:                    Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ ALANE A. BECKET                          Date:  02/24/2011
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

CBO14702

